COUNT TWO: (18 U.S.C. § 111(a)(1) – Assault on a Federal Officer)

On or about May 2, 2025, within the Northern District of California, the defendant,

FRANCISCO DE-JESUS MORALES,

did intentionally and forcibly assault, resist, oppose, impede, intimidate, and interfere with Victim-2, a Deportation Officer with Immigration and Customs Enforcement, a person designated in Title 18, United States Code, Section 1114, while he was engaged in and on account of the performance of his official duties, and did thereby commit an act involving physical contact with Victim-2, in violation of Title 18, United States Code, Section 111(a)(1).

COUNT THREE: (18 U.S.C. § 111(a)(1) – Assault on a Federal Officer)

On or about May 2, 2025, within the Northern District of California, the defendant,

FRANCISCO DE-JESUS MORALES,

did intentionally and forcibly assault, resist, oppose, impede, intimidate, and interfere with Victim-3, a Deportation Officer with Immigration and Customs Enforcement, a person designated in Title 18, United States Code, Section 1114, while he was engaged in and on account of the performance of his official duties, in violation of Title 18, United States Code, Section 111(a)(1).

DATED: June 12, 2025

A TRUE BILL.

_____
FOREPERSON

CRAIG H. MISSAKIAN
United States Attorney

_____
JEFFREY NEDROW
Assistant United States Attorney
TAYLOR LORD
Special Assistant United States Attorney

INDICTMENT 2