AO 257 (Rev. 6/78)

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT
☐ SUPERSEDING

**OFFENSE CHARGED**

COUNT ONE: 18 U.S.C. §§ 111(a)(1) and (b) – Assault on a Federal Officer with Bodily Injury

COUNTS TWO and THREE: 18 U.S.C. § 111(a)(1) – Assault on a Federal Officer

☐ Petty
☐ Minor
☒ Misdemeanor
☒ Felony

PENALTY: SEE ATTACHMENT

Name of District Court, and/or Judge/Magistrate Location
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

FILED
JUN 12 2025
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

**DEFENDANT - U.S**
▶ Francisco De-Jesus Morales

DISTRICT COURT NUMBER
**CR 25 00163 EJD NC**

---

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)
HSI

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY ☐ DEFENSE
SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
MAGISTRATE CASE NO.

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
5:25-mj-70598

Name and Office of Person Furnishing Information on this form: Craig Missakian
☒ U.S. Attorney ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned): Taylor Lord / Jeff Nedrow

**DEFENDANT**

IS *NOT* IN CUSTODY
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☒ On this charge

5) ☐ On another conviction } ☐ Federal ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed

DATE OF ARREST ▶ Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS ☒ NO PROCESS* ☐ WARRANT
Bail Amount:

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: Before Judge:

Comments:

# PENALTY SHEET ATTACHMENT
# MAXIMUM PENALTIES

Count 1: **18 U.S.C. §§ 111(a) and (b).** Felony Assault on a Federal Officer with Bodily Injury

20 years imprisonment, $250,000 fine, 3 years supervised release, $100 special assessment, forfeiture, restitution

Count 2: **18 U.S.C. § 111(a).** Felony Assault on a Federal Officer with Physical Contact

8 years imprisonment, $250,000 fine, 3 years supervised release, $100 special assessment, forfeiture, restitution

Count 3: **18 U.S.C. § 111(a).** Misdemeanor Assault on a Federal Officer

1 year imprisonment, $100,000 fine, 1 year supervised release, $25 special assessment, forfeiture, restitution