FILED

JUN 12 2025

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL COVER SHEET

*Instructions:* Effective November 1, 2016, this Criminal Cover Sheet must be completed and submitted, along with the Defendant Information Form, for each new criminal case.

**CASE NUMBER:** CR 25 00163 EJD NC

**CASE NAME:** USA v. FRANCISCO DE-JESUS MORALES

| | | |
|---|---|---|
| **Is This Case Under Seal?** | Yes | No ✓ |
| **Total Number of Defendants:** | 1 ✓ | 2-7    8 or more |
| **Does this case involve ONLY charges under 8 U.S.C. § 1325 and/or 1326?** | Yes | No ✓ |
| **Venue (Per Crim. L.R. 18-1):** | SF    OAK | SJ ✓ |
| **Is this a potential high-cost case?** | Yes | No ✓ |
| **Is any defendant charged with a death-penalty-eligible crime?** | Yes | No ✓ |
| **Is this a RICO Act gang case?** | Yes | No ✓ |

**Assigned AUSA (Lead Attorney):** JEFF NEDROW

**Date Submitted:** June 12, 2025

**Comments:**

RESET FORM    SAVE PDF

Form CAND-CRIM-COVER (Rev. 11/16)