No. **CR 25 00163 EJD** NC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

FILED
JUN 12 2025
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

### *SAN JOSE DIVISION*

### THE UNITED STATES OF AMERICA
### vs.
### FRANCISCO DE-JESUS MORALES

## INDICTMENT

| | |
|---|---|
| **COUNT ONE:** | 18 U.S.C. §§ 111(a)(1) and (b) – Assault on a Federal Officer with Bodily Injury |
| **COUNT TWO:** | 18 U.S.C. § 111(a)(1) – Assault on a Federal Officer |
| **COUNT THREE:** | 18 U.S.C. § 111(a)(1) – Assault on a Federal Officer |

*A true bill.*

_____
*Foreperson*

Filed in open court this ___12___ day of ___June___ A.D. 2025

_____
*United States Magistrate Judge*

**Bail. $** _____

No process

All in violation of Title 18, United States Code, Sections 111(a)(1) and (b).

DATED: June 12, 2025                    A TRUE BILL.

                                        /s/ Foreperson
                                        _____
                                        FOREPERSON

CRAIG H. MISSAKIAN
United States Attorney

/s/ Sarah E. Griswold
_____
SARAH E. GRISWOLD
Assistant United States Attorney

INDICTMENT                    2