CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

TAYLOR LORD (NJBN 379702022)
Special Assistant United States Attorney
JEFFREY D. NEDROW (CABN 161299)
Assistant United States Attorney

    60 South Market Street, Suite 1200
    San Jose, California 95113
    Telephone: (408) 535-5045
    FAX: (408) 535-5066
    Jeff.nedrow@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 25-00163-EJD |
| Plaintiff, | STIPULATION AND PROTECTIVE ORDER [PROPOSED] |
| v. | |
| FERNANDO DE-JESUS MORALES, | |
| Defendant. | |

With the agreement of the parties, the Court enters the following Protective Order:

Defendant is charged with three counts of 18 U.S.C. § 111(a)(1)—assault upon federal officers. The United States will produce documents and other materials pertaining to the defendant and the charged offense to defense counsel.  The discovery to be provided includes documents or other materials falling into one or more of the following categories (collectively, "Protected Information"):

    1.  Personal Identifying Information of any individual (other than his or her name), including

        any person's date of birth, social security number, residence address, telephone numbers,

1    email addresses, driver's license number, names of persons who are minors, or criminal

2    histories ("Personal Identifying Information");

3    2.   Medical records or other patient information of any individual covered by the Health

4    Insurance Portability and Accountability Act of 1996 (HIPAA) ("Medical Information")

5    3.   Photographs and videos depicting images relating to Defendant's alleged assault of federal

6    officers on May 2, 2025 and its aftermath, including all photographs and videos taken of the

7    Defendant and the three impacted federal officers after the alleged assault on May 2, 2025.

8    The United States will identify discovery materials as Protected Information by marking such

9    materials "CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER" or by providing written notice

10    identifying discovery materials as Protected Information.  The government shall exercise reasonable

11    care in determining which discovery materials should be designated as Protected Information in order to

12    avoid the over-designation of discovery materials as Protected Information.

13    To ensure that Protected Information is not subject to unauthorized disclosure or misuse,

14    **IT IS HEREBY ORDERED** that defense counsel, their investigators, assistants, employees,

15    and independent contractors (collectively, "the Defense Team") may review with the defendant all

16    discovery material produced by the government, but shall not provide a defendant with copies of, or

17    permit defendant to make copies of, or have unsupervised access to any discovery material produced by

18    the government that contains Protected Information, unless the Protected Information has first been

19    **entirely redacted** from the discovery materials.  The government and defense counsel are ordered to

20    work together to ensure that these materials are protected, but that defendant has as much access to the

21    materials as can be provided consistent with this Court's order.  Discovery material that clearly pertains

22    to a specific defendant and does not contain Protected Information regarding any other person (*e.g.*,

23    defendant's own bank records, telephone records, and business records) may be provided to that

24    defendant unredacted.

25    The Defense Team may show witnesses Protected Information in the course of preparing a

26    defense for trial or any related proceedings in this case, but only if (i) the witness, by reason of their

27    participation in the underlying events or conduct, would have seen or had reason to know such

28    information, or (ii) it is otherwise relevant to the defense of the case that the Defense Team discuss with

1  or show the witness Protected Information.  Witnesses may only view Protected Information in the

2  presence of the Defense Team.  No witness or potential witness may retain copies of discovery material

3  that contains Protected Information after his or her review of those materials with the Defense Team is

4  complete.

5      Defense counsel may also provide unredacted copies of Protected Information to any experts

6  retained to assist with the preparation of the defense in the captioned case.  The defendant, all members

7  of the Defense Team, and any experts who receive Protected Information under this Order shall be

8  provided a copy of this Order along with those materials and shall sign and date the order reflecting their

9  agreement to be bound by it.

10     The Defense Team shall maintain Protected Information safely and securely, and shall exercise

11  reasonable care in ensuring the confidentiality of those materials by not divulging the contents or

12  permitting anyone to see Protected Information except as set forth in this Protective Order.

13     The materials provided pursuant to this protective order may only be used for the specific

14  purpose of preparing or presenting a defense in this matter unless specifically authorized by the Court.

15     This Order shall also apply to any copies made of any materials covered by this Order.

16     **IT IS FURTHER ORDERED** that if a party files a pleading that contains or attaches Protected

17  Information subject to this Order, the Protected Information must be filed under seal (accompanied by a

18  request to file under seal) and redacted from the public filing, unless otherwise ordered by the Court.

19     **IT IS FURTHER ORDERED** that after any judgment or disposition has become final and there

20  are no pending proceedings, challenges, appeals, or habeas motions in the case, counsel for defendant

21  shall either destroy discovery materials containing Protected Information (including any copies) within

22  30 days if the defendant consents to such destruction, or retain the Protected Information and ensure that

23  the Protected Information will continue being kept under the conditions specified in this Order.  After

24  the statutory period for filing a motion under 28 U.S.C. § 2255 has expired, the United States is free to

25  destroy documents and materials subject to this Order.  If defendant is represented by counsel and files a

26  motion pursuant to 28 U.S.C. § 2255, the United States will provide counsel with the documents and

27  materials subject to this Protective Order under the terms of this Order.

28     This stipulation is without prejudice to either party applying to the Court to modify the terms of

STIPULATION AND PROTECTIVE ORDER                                                3
CR 25-00163-EJD

1   any protective order.  This Court shall retain jurisdiction to modify this Order upon motion of either

2   party even after the conclusion of district court proceedings in this case.

3

4   **IT IS SO STIPULATED.**                          CRAIG H. MISSAKIAN
                                                       United States Attorney
5

6

7   Dated:                                            ____/s/_____
                                                       TAYLOR LORD
8                                                      Special Assistant United States Attorney
                                                       JEFFREY D. NEDROW
9                                                      Assistant United States Attorney

10

11                                                     ____/s/_____
                                                       SOPHIA WHITING
12                                                     Counsel for Defendant
                                                       Fernando De-Jesus Morales
13

14

15  **IT IS SO ORDERED.**

16

17  Dated:                                            _____
                                                       HON. EDWARD J. DAVILA
18                                                     United States District Judge

19

20

21

22

23

24

25

26

27

28

1    **By signing below, I acknowledge that I have been provided and have reviewed a copy of**

2    **this Order and hereby agree to be bound by its terms:**

3

4

| SIGNATURE | DATE |
|-----------|------|
|           |      |
|           |      |
|           |      |
|           |      |
|           |      |
|           |      |
|           |      |
|           |      |
|           |      |
|           |      |
|           |      |
|           |      |
|           |      |
|           |      |
|           |      |
|           |      |
|           |      |
|           |      |
|           |      |
|           |      |