JODI LINKER
Federal Public Defender
SOPHIA WHITING
Assistant Federal Public Defender
55 S. Market Street, Suite 820
San Jose, CA 95113
Telephone: (408) 291-7753
Fax: (408)-291-7399
Email: Sophia_whiting@fd.org

Counsel for Defendant MORALES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br>   v.<br><br>FRANCISCO DE-JESUS MORALES,<br><br>          Defendant. | No. 25-CR-00163 EJD<br><br>STIPULATION AND [PROPOSED] ORDER TO VACATE STATUS HEARING AND SET CHANGE OF PLEA HEARING |
|---|---|

      Francisco De-Jesus Morales and the Government, by and through their respective counsel, stipulate and agree, with the Court's approval, that the status conference currently set for August 11, 2025, may be vacated and that the matter be set for a change of plea hearing on August 18, 2025. The reason for the requested continuance is defense counsel has a conflict with the time of the hearing on August 11, 2025, and the parties request additional time to finalize a plea agreement.

      For these reasons, the United States and the defendant hereby stipulate that the time from August 11, 2025, to August 18, 2025, should be excluded under the Speedy Trial Act, 18 U.S.C. 3161(h)(7)(B)(iv), to provide reasonable time necessary for effective preparation of counsel and continuity of counsel, taking into account the exercise of due diligence. The parties further stipulate and agree that the ends of justice served by excluding the time from August 11, 2025, to August 18, 2025, outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(iv).

STIPULATION AND [PROPOSED] ORDER
  25-CR-00163 EJD

IT IS SO STIPULATED.

Dated: August 6, 2025

JODI LINKER
Federal Public Defender
_____/s/_____
Sophia Whiting
Assistant Federal Public Defender

Dated: August 6, 2025

CRAIG H. MISSAKIAN
United States Attorney
_____/s/_____
Jeffrey Nedrow
Assistant United States Attorney

## [PROPOSED] ORDER

Upon agreement and stipulation of Francisco De-Jesus Morales, the United States, and their respective counsel, and good cause appearing, IT IS HEREBY ORDERED that Francisco De-Jesus Morales' status conference may be vacated and the matter be set for a change of plea hearing on August 18, 2025.

It is also ORDERED that time under the Speedy Trial Act is excluded from August 11, 2025, to August 18, 2025 to allow for the effective preparation of counsel and continuity of counsel. *See* 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(iv).

The Court further finds that the ends of justice served by excluding the time from August 11, 2025, to August 18, 2025 outweigh the interests of the public and the defendant in a speedy trial. 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(iv).

IT IS SO ORDERED.

DATED: _____

_____
HONORABLE EDWARD J. DAVILA
United States District Judge

STIPULATION AND [PROPOSED] ORDER
  25-CR-00163 EJD