

JODI LINKER
Federal Public Defender
SOPHIA WHITING
Assistant Federal Public Defender
55 S. Market Street, Suite 820
San Jose, CA 95113
Telephone: (408) 291-7753
Fax: (408)-291-7399
Email: Sophia_whiting@fd.org

Counsel for Defendant MORALES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>FRANCISCO DE-JESUS MORALES,<br><br>Defendant. | No. 25-CR-00163 EJD<br><br>UNOPPOSED MOTION AND [PROPOSED] ORDER FOR PRE-PLEA CRIMINAL HISTORY PRESENTENCE INVESTIGATION REPORT |

Francisco De-Jesus Morales files this motion to request the Court order a pre-plea criminal history-only Presentence Investigation Report (PSR) in his case. Mr. Morales and the government have been working on a potential plea agreement. Mr. Morales expects to request a time served sentence when he is ultimately sentenced and would like to initiate the PSR process now, so as not to delay his sentencing hearing and potentially extend his sentence. The parties expect Mr. Morales will be pleading guilty before any PSR is disclosed to the Court. However, to facilitate this pre-plea request per the guidance of U.S. Probation, Mr. Morales consents to the possibility that the PSR could be disclosed to the Court before he pleads guilty per the attached consent form. Ex. A. Undersigned counsel has reviewed this consent form with Mr. Morales and the assistance of a Spanish interpreter, and Mr. Morales has given counsel permission to sign on his behalf.

The government does not object to this request. However, the government expects to request a full PSR before Mr. Morales' sentencing hearing. At this time, both parties are

amenable to Probation initiating a criminal history-only PSR, but the parties expect to address the nature of the final PSR with the Court at the hearing on Monday, August 18, 2025, so that the Court can determine the appropriate scope of the final PSR to be received by the Court before sentencing.

U.S. Probation has been consulted about this request and has no objection.

Respectfully submitted,

Dated: August 13, 2025

JODI LINKER
Federal Public Defender
_____/s/_____
Sophia Whiting
Assistant Federal Public Defender

### [PROPOSED] ORDER

Good cause appearing, the Court hereby orders the U.S. Probation Office to prepare a pre-plea criminal history-only Presentence Investigation Report for Francisco De-Jesus Morales.

IT IS SO ORDERED.

DATED: _____   _____
HONORABLE EDWARD J. DAVILA
United States District Judge