UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

# CRIMINAL MINUTES

| | | |
|---|---|---|
| **Date:** August 11, 2025 | **Time:** 2:08-2:23 PM<br>**Total Time:** 15 min | **Judge:** Edward J. Davila |
| **Case No.** 5:25-cr-00163 EJD | **Case Name:** *United States v. Francisco De-Jesus Morales* (C) (I) | |

**Attorney for Plaintiff:**    Jeffrey Nedrow

**Attorney for Defendant:**    Sophia Whiting

**Deputy Clerk:** Cheré Robinson        **Court Reporter:** Lashawn Marshall

**Interpreter:** Lupita Arce

## PROCEEDINGS – STATUS CONFERENCE

Defendant present, in custody, and assisted by the Spanish language interpreter. Hearing held.

Defense updates the Court on the status of the case. Defense requests a pre-plea PSR.

The Court sets a change of plea hearing for October 7, 2025. The Court sets a sentencing hearing for November 3, 2025, and refers the matter to the Probation Department for a preparation of a presentence report. If the presentence report can be provided to the Court on shortened time, the Parties may contact the Courtroom Deputy for an earlier available date for sentencing.

Pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court found the ends of justice served in granting the continuance outweighed the best interests of the public and the defendant in a speedy trial and excluded time through October 7, 2025. For the reasons stated on the record, time is excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv).

**CASE CONTINUED TO: OCTOBER 7, 2025, AT 1:30 PM FOR CHANGE OF PLEA**

Under federal law, including Rule 5(f) of the Federal Rules of Criminal Procedure, *Brady v. Maryland*, 373 U.S. 83 (1963), and all applicable decisions interpreting *Brady*, the government has a continuing obligation to produce all information or evidence known to the government that is relevant to the guilt or punishment of a defendant, including, but not limited to, exculpatory evidence.

Accordingly, the Court Orders the government to produce to the defendant in a timely manner all information or evidence known to the government that is either (1) relevant to the defendant's guilt or punishment or (2) favorable to the defendant on the issue of guilt or punishment.

This Order is entered under Rule 5(f) and does not relieve any party in this matter of any other discovery obligation. The consequences for violating either this Order or the government's obligations under *Brady* include, but are not limited to, the following: contempt, sanction, referral to a disciplinary authority, adverse jury instruction, exclusion of evidence, and dismissal of charges.

P/NP: Present, Not Present
C/NC: Custody, Not in Custody
I: Interpreter

1

Cheré Robinson
Courtroom Deputy
Original: Efiled
CC: