UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

| | | |
|---|---|---|
| **Date:** October 7, 2025 | **Time:** 2:12-2:37 pm | **Judge:** Edward J. Davila |
| | **Total Time:** 25 min | |
| **Case No.** 5:25-cr-00163 EJD | **Case Name:** *United States v. Francisco De-Jesus Morales* (P) (C) (I) | |

**Attorney for Plaintiff:**   Jeffrey Nedrow

**Attorney for Defendant:**   Sophia Whiting

**Deputy Clerk:** Cheré Robinson      **Court Reporter:** Irene Rodriguez

**Interpreter:**   Maria Jose Alvarez Caceros

### PROCEEDINGS – CHANGE OF PLEA

Defendant present, in custody and assisted by the Spanish language interpreter. Hearing held.

Court is in possession of signed plea agreement.

Defendant sworn.

The government provides a brief statement of the elements of the offenses and of the facts it would be prepared to prove at any trial of this matter. Defense counsel concurs with the statement of elements and stipulates that there is a factual basis for the plea.

Defendant pleads guilty to Count One of the Indictment (ECF No. 9, filed June 12, 2025). The Court accepts Defendant's plea, finds that Defendant has made a knowing, intelligent, and free and voluntary waiver of his/her constitutional rights and entry of plea, and there is an independent factual basis for each element of the offense, and orders the plea to be recorded. Defendant is adjudicated guilty.

The Court previously referred the matter to the Probation Department for preparation of a presentence report and set a sentencing hearing for November 3, 2025.

**CASE CONTINUED TO: NOVEMBER 3, 2025, AT 1:30 PM FOR SENTENCING**

P/NP: Present, Not Present
C/NC: Custody, Not in Custody
I: Interpreter

Cheré Robinson
Courtroom Deputy
Original: Efiled
CC: