JODI LINKER
Federal Public Defender
SOPHIA WHITING
Assistant Federal Public Defender
55 S. Market Street, Suite 820
San Jose, CA 95113
Telephone: (408) 291-7753
Fax: (408)-291-7399
Sophia_Whiting@fd.org

Counsel for Defendant Morales

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br>     v.<br><br>FRANCISCO DEJESUS MORALES,<br><br>          Defendant. | No. 25-CR-0163 EJD<br><br>**DECLARATION OF SOPHIA WHITING IN SUPPORT OF MR. MORALES' SENTENCING MEMORANDUM** |

I, Sophia Whiting, declare the following:

1. I am an attorney at law duly admitted to practice in the State of California and admitted to the bar of this Court. I represent the defendant Francisco Morales in the above-captioned matter. I make this declaration based on my own personal knowledge. With respect to those matters not personally known to me, I make this declaration upon information and belief.

2. Attached as Exhibit A is a letter to the Court by Josefa Morales, Mr. Morales' mother, for consideration at sentencing. Exhibit A includes Ms. Morales' original letter in Spanish as well as a translation by federal court certified interpreter Anna

DECLARATION

Kelsey.

3. Attached as Exhibit B is a letter to the Court by Veronica Aguilar, Mr. Morales' significant other, for consideration at sentencing. Exhibit B includes Ms. Aguilar's original letter in Spanish as well as a translation by federal court certified interpreter Anna Kelsey.

4. Attached as Exhibit C is a letter to the Court by Deyvin, Mr. Morales' friend, for consideration at sentencing. Exhibit C includes Deyvin's original letter in Spanish as well as a translation by federal court certified interpreter Anna Kelsey.

5. Attached as Exhibit D is a letter to the Court by Estela Galdamez, Mr. Morales' friend, for consideration at sentencing. Exhibit D includes Ms. Galdamez's original letter in Spanish as well as a translation by federal court certified interpreter Anna Kelsey.

I declare under the penalty of perjury that the foregoing is true and correct.

                                                  /S
                                              Sophia Whiting

DECLARATION