# Exhibit A

JUEZ DAVILA
PRESENTE.-

ESTIMADO JUEZ DAVILA:

Yo, JOSEFA MORALES, de nacionalidad nicaragüense, ama de casa, soy madre de FRANCISCO MORALES, él siempre ha sido una persona honesta, muy tranquila, humilde, responsable, muy trabajadora, tiene empatía con las demás personas. Francisco siempre ha tratado de cuidar de su familia, de mi madre, de sus hermanos y de mí, siempre ha estado pendiente de que no nos falte nada, desde que está en Estados Unidos hemos tenido una vida digna gracias a su esfuerzo y a las oportunidades que le ha dado ese grandioso país.

Prácticamente él siempre ha proveído el sustento para nuestra familia, todo el tiempo que mi madre ha enfermado él ha estado pendiente que no le falte ninguna medicina, además está apoyando económicamente para el tratamiento de cáncer a su hermana que está en Panamá la cual está batallando con la terrible enfermedad que es el cáncer, el apoyo de Francisco y de Dios es que ella aun esta con vida y nos preocupa que con todo esto que está pasando ella no pueda vencer la enfermedad.

Francisco nunca ha tenido problemas legales, es por eso, que me asombre al entérame que mi hijo está siendo procesado por haber cometido un delito, pues esto no coincide con la persona que siempre ha demostrado ser.

Espero que sea tratado con justicia y clemencia, ruego a las autoridades correspondientes para que sea perdonado, que me le den una segunda oportunidad para poder hacer cambios en su vida para poder seguir adelante y continuar apoyando a las demás personas que dependen de él y por las que el siente empatía al ver sus dificultades y enfermedades.

Respetuosamente,

JOSEFA MORALES
Madre.-

JUDGE DAVILA

DEAR JUDGE DAVILA

     I, JOSEFA MORALES, Nicaraguan, housewife, am the mother of FRANCISCO MORALES, he has always been an honest person, very calm, humble, responsible, very hard-working, he empathizes with other people. Francisco has always tried to take care of his family, of my mother, of his siblings and me, he has always made sure we have everything we need, since he has been in the United States we have had a decent life thanks to his effort and the opportunities that great country has given him.

In reality he has always supported our family, all the time that my mother has been sick he has made sure she had all the medicine she needs, he is also financially supporting the cancer treatment for his sister who is in Panama and is fighting that terrible illness of cancer, she is still alive due to the support of Francisco and God and we are worried that with everything that is happening she won't be able to beat this illness.

Francisco has never had legal problems, for this reason I was shocked when I found out that my son is being charged with having committed a crime since that does not fit with the person he has always shown himself to be.

I hope he will be treated with justice and compassion, I beg the respective authorities to forgive him, to give him a second chance for me so he can make changes in his life in order to continue on and continue to support the people who depend on him and for those for whom he feels empathy when he sees their problems and illnesses.

Respectfully,


                              JOSEFA MORALES

                                  Mother


Certified Translation by Anna Kelsey, United States Court Certified Interpreter #06-031. This is an accurate translation of the original done to the best of my knowledge and ability.