# Exhibit B

Hola buenas tardes estimado Juez Davila esperando se encuentre bien con todo respeto le saludo y paso a lo siguiente. El motivo de la presente es para hablar sobre Francisco Morales.

El es un hombre muy importante en mi vida tengo como 2 años conosiendolo un año y medio de relación en ese tiempo en ese tiempo el siempre a sido bueno, responsable, humilde conmigo y su familia siempre cuida de su mama y su abuela economicamente ayuda a su hermana que tiene cancer y siempre esta para su familia asi lo tan puro creer lo. Que esta pasando por que el es una persona tranquila apartada aun no lo puedo creer pero se que es un delito y lo entiendo pero se que es una persona de buen corazón que necesita una oportunida.

Señor Juez gracias por leer nuestras cartas que Dios lo bendiga

Atf. Veronica Aguilar

[hand-written letter]

Hello good afternoon dear Judge Davila

Hoping you are well I greet you with respect and move on to the following

The reason for this letter is to tell you about Francisco Morales.

He is a very important man in my life I have known him for about 2 years and for one and a half years we have been in a relationship over that time over that time he has always been good, responsible, humble with me and his family he always financially takes care of his mom and his grandmother He helps his sister who has cancer and is always there for his family

It has been so difficult to believe what is happening because he is a calm solitary person

I still can't believe it but I know it is a crime and I understand put I know that he is a person with a good heart who needs a chance

Judge thank you for reading our letters God bless you

                        Sincerely Veronica Aguilar

Certified Translation by Anna Kelsey, United States Court Certified
Interpreter #06-031.This is an accurate translation of the original done to the best of my knowledge and ability.