# Exhibit C

Buenas Tardes estimada Juez Davila Con todo respeto esperando se encuentre bien.

Mi nombre es Deyvin soy de Nacionalidad Nicaraguense Trabajo Independiente.

El motivo de la presente es para hablar sobre. Francisco Morales tengo 3 años de conocerlo lo que se de el es que es una persona, Responsable, Humilde, Trabajador y Respetuoso El siempre a cuidado de su familia su mamá, su abuela y en dificultades a sus hermanos.

Años atrás compartimos vivienda y puedo decir que es una persona honesta, trabajadora me sorprendio saber lo que pasa con el ya que el siempre a sido una persona tranquila, y con respeto a las demas personas. Ya que el nunca a tenido problemas legales ~~por~~ dados una ~~~~ por su atencion brindada

Gracias..

ATT. [signature]

[hand-written letter]

Good Afternoon Dear Judge Davila

With all respect and hoping you are well.

My name is Deyvin I am Nicaraguan I work for myself.

The reason for this letter is to talk about. Francisco Morales I have known him for 3 years, what I know is that he is a Responsible, Humble, Hard-working and Respectful person. He has always taken care of his family his mom, his grandmother and his siblings in hard times.

Years ago we shared a home and I can tell you that he is an honest, hard-working person I am surprised to find out what is happening to him since he has always been a calm person, and respectful to other people. Since he has never had legal problems for

    for your attention

    Thank you.

               Sincerely [signature appears]

Certified Translation by Anna Kelsey, United States Court Certified Interpreter #06-031. This is an accurate translation of the original done to the best of my knowledge and ability.