# Exhibit D

buenos dias Estimada Juez DAvila
espero se encuentre bien de salud

mi nombre es Estela Galdamez
el motivo de esta carta es para
hablarle un poco de Fraeisco morales
tengo tres Años de conocerla el es
una persona umilde callado + Apartado
su mama + Abuela dependen de el
en ocaciones el me pedia de Favor
que le depositara el dinero a su familia
entiendo que el cometio un delito
aon es dificil de creer pues el
es una persona buena servicial

muchas gracias por tomar so tiempo
de leer esta carta

Att Estela galdamez

[hand-written letter]

good morning Dear Judge Davila

I hope you are in good health

My name is Estela Galdamez

the reason for this letter is to tell you a little about Francisco Morales I have known him for three years he is a humble quiet and solitary person His mom and Grandmother depend on him sometimes he would ask me for a favor to deposit money for his family I understand that he committed a crime it is still difficult to believe because he is a good helpful person

thank you so much for taking the time to read this letter

Sincerely Estela galdamez

Certified Translation by Anna Kelsey, United States Court Certified Interpreter #06-031.This is an accurate translation of the original done to the best of my knowledge and ability.