UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

| | | |
|---|---|---|
| **Date:** November 3, 2025 | **Time:** 1:35-2:05 PM<br>**Total Time:** 30 min | **Judge:** Edward J. Davila |
| **Case No.:** 5:25-cr-00163 EJD | **Case Name:** *United States v. Francisco De-Jesus Morales* (P) (C) (I) | |

**Attorney for Plaintiff:**  Jeffrey Nedrow

**Attorney for Defendant:**  Sophia Whiting

| | |
|---|---|
| **Deputy Clerk:** Cheré Robinson | **Court Reporter:** Summer Fisher |
| **Interpreter:** Maria Jose Alvarez Caceros | **Probation Officer:** Khaminh Huynh |

### PROCEEDINGS - SENTENCING

Defendant present, in custody, and assisted by the Spanish language interpreter.  Hearing held.

The Court GRANTS a variance.

The Court sentenced Defendant as follows:

> Defendant is sentenced to 195 days as to Count One of the Indictment (ECF No. 9, filed June 12, 2025).  Defendant is remanded to the Bureau of Prisons to be imprisoned for said term.
>
> The Court finds that Defendant will more than likely be deported from the United States and supervised release would not be appropriate.  The Court therefore does not order a period of supervised release.
>
> A special assessment fee of $100.00 is imposed.

Upon Oral Motion of the Government, Counts Two and Three are DISMISSED.

**P/NP:** Present, Not Present
**C/NC:** Custody, Not in Custody
**I:** Interpreter

Cheré Robinson
Courtroom Deputy
Original: Efiled
CC: